## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JEFFERY DUCOTE #215886**     **CASE NO.  1:22-CV-06052 SEC P**

**VERSUS**          **JUDGE TERRY A. DOUGHTY**

**DARREL VANNOY**      **MAGISTRATE JUDGE PEREZ-MONTES**

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], and having thoroughly reviewed the record, including the written objections filed [Doc. No. 8], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of April, 2023.

_____
Terry A. Doughty
United States District Judge